UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FRANKLIN STRATEGIC INCOME FUND,
et al.

        Plaintiffs,

    v.

JOHN J. RIGAS, et al.,

        Defendants.

CIVIL ACTION NO. 02CV4292

**JOINT STIPULATION REGARDING EXTENSION OF TIME
FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**

Counsel for the parties in the above-captioned action hereby stipulate that Defendants John J. Rigas, Timothy J. Rigas, James P. Rigas and Michael J. Rigas shall have until September 3, 2002 to answer, move, respond or otherwise plead in response to Plaintiffs' Complaint in the above-captioned matter. No prior extensions have been requested or granted.

_____
Thomas S. Biemer, Esquire
DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595
215-575-7152

Attorneys for Defendants, John J. Rigas,
Timothy J. Rigas, James P. Rigas and
Michael J. Rigas

Dated: July 31, 2002

_____
Geoffrey Jarvis, Esquire
GRANT & EISENHOFER, P.A.
1201 North Market Street
Wilmington, DE 19801-2599
302-622-7000

Attorneys for Plaintiffs

Dated: July 24, 2002

459248_1.DOC