IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FRANKLIN STRATEGIC INCOME
FUND, ET AL                                    :        CIVIL ACTION
                                               :
                                               :        NO.   02-4292
        VS.                                    :
                                               :
                                               :

JOHN J. RIGAS, ET AL


## ORDER

AND NOW, this 6th of AUGUST, 2002, it is hereby,

**ORDERED** that the above captioned case is reassigned from the

calendar of the Honorable Berle M. Schiller to the Honorable Herbert J. Hutton,

as related to Civil Action No. 02-4086.


                        FOR THE COURT:


                        JAMES T. GILES
                        Chief Judge

                        ATTEST:


_____        _____
                                 MICHAEL E. KUNZ
                                 Clerk of Court